ROBERT FROMER *v.* COUNTRY CLUB OF NEW ENGLAND
GROUP LIMITED PARTNERSHIP ET AL.
(10247)

DALY, O'CONNELL and NORCOTT, Js.

Argued January 10—decision released February 4, 1992

*Robert Fromer,* pro se, the appellant (plaintiff).

*Scott R. Chadwick,* with whom, on the brief, was *Thomas J. Riley,* for the appellees (named defendant et al.).

*Maryann Diaz,* for the appellee (defendant conservation commission of the town of East Lyme).

PER CURIAM. If we assume, arguendo, that the plaintiff has standing, the limited issue properly before us is whether the trial court correctly found that there was no conduct that had or was reasonably likely to have the effect of unreasonably polluting, impairing or destroying the public trust in the air, water or other natural resources of the state within the meaning of General Statutes § 22a-19. This presents a question of fact that the trial court correctly resolved in favor of the defendants.

The judgment is affirmed.